UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILL GREEAR, JR.,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendant.

Case No. 15-11533

Honorable John Corbett O'Meara

_____/

## <u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u>

This matter came before the court on defendant Experian Information Solution's July 30, 2015 motion to dismiss.  No response was filed, and no oral argument was heard.

On June 30, 2015, this court granted Defendant's April 28, 2015 Motion for More Definite Statement and ordered plaintiff Greear to file an amended complaint within 21 days.  Plaintiff has failed to file an amended complaint.

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, if a court orders a more definite statement and none is filed within the time allowed, the court may issue any appropriate order.

Therefore, it is hereby **ORDERED** that defendant Experian Information Solutions's July 30, 2015 motion to dismiss is **GRANTED.**

s/John Corbett O'Meara
United States District Judge

Date:  October 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 1, 2015, using the ECF system and/or ordinary mail.


s/William Barkholz
Case Manager